AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | COURT NAME AND LOCATION |
|---|---|---|
| ☒ ACTION | ☐ APPEAL | Western Division - United States Court House<br>312 North Spring Street<br>Los Angeles, CA 90012-4701 |
| DOCKET NO.<br>CV12-6660 | DATE FILED | |
| PLAINTIFF<br>INGENUITY 13 LLC | | DEFENDANT<br>JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0001791654 | Five Fan Favorites | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

FILED 2012 AUG -2 AM 9:42 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED: Notice of Voluntary Dismissal | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☒ No | 11/1/12 |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK | DATE<br>11/2/12 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC, ) | No. **2:12-cv-06660-GAF-AGR** |
| ) | |
| Plaintiff, ) | **NOTICE OF VOLUNTARY** |
| v. ) | **DISMISSAL OF ACTION WITH** |
| ) | **PREJUDICE** |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

///

///

///

///

|     |     |     |
| --- | --- | --- |
|     |     | Respectfully Submitted, |
|     |     | PRENDA LAW INC., |
| **DATED: November 1, 2012** |     |     |
|     | By: | ____/s/  Brett L. Gibbs, Esq._____ |
|     |     | Brett L. Gibbs, Esq. (SBN 251000)<br>Prenda Law Inc.<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941<br>blgibbs@wefightpiracy.com<br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.